# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

May 13, 2022

*Via ECF*
The Honorable Sarah L. Cave, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Thomas v. Arts in Common LLC, et al*
               **Case No.: 21-cv-06948-SLC**

Dear Honorable Magistrate Judge Cave:

      This law firm represents Plaintiff Daria Thomas (the "Plaintiff") in the above-referenced matter.

      Pursuant to the directives of Your Honor's May 2, 2022 Order [Dckt. No. 41], this letter respectfully serves to provide the Court with a copy of the parties' revised settlement agreement, attached hereto as **Exhibit "A"**.

      The revised settlement agreement corrects the inadvertent computational errors in Section 2 of the parties' previous settlement agreement. The terms of the revised settlement agreement reflect the payment breakdown explained in the parties' March 7, 2022 joint letter, submitted pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015).

      Specifically, the settlement agreement contemplates the following breakdown:

1. The Settlement Agreement requires that Defendants pay Plaintiff a settlement sum in the amount of $12,000 to resolve the case, payable in one lump sum payment.

2. Disbursements are limited to service of process ($1,002.08) and mailing charges for a pre-suit demand letter ($28.00), for a total of $1,432.80 in costs. The undersigned deducted that amount from the Settlement Amount, and divided the difference by three, with one-third for legal fees ($3,522.05), and two-thirds to Plaintiff ($7,045.15).

      Out of an abundance of caution, the undersign also wishes to inform the Court that the parties have each consented to the re-filing of the revised settlement agreement with the inclusion of their original signatures.

      Thank you, in advance, for your time and attention to this matter.

                                                         Respectfully submitted,

                LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     60 East 42nd Street, Suite 4700
     New York, NY 10165
     Tel. No.: (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.